UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   NOT FOR PUBLICATION

In re Complaints filed by
EDNA IGARTUA;
ALFONSO SPRINGER-KNIGHT;                    ORDER
ALONSO DEAN SHEPHARD;
ROBERT STAVOLA;                             09-MC-95 (LB)
ALEX BROWN;
ALESANDRO CASTRO;
LOVELL L. BELTON;
CARLOS A. BAILEY PARKS.

----------------------------------------------------------------X
BLOOM, United States Magistrate Judge:

    These ten *pro se* submissions were received by the Court from October through December, 2009. The Court's Pro Se Office informed each litigant in writing that the complaint or petition could not be filed as received because the litigant failed to include the filing fee, failed to request to proceed *in forma pauperis*, failed to request leave to file or for some other deficiency. Each litigant was specifically instructed to correct their submission within 14 days in order for the complaint or petition to be filed. More than 30 days have elapsed and the litigants listed on the caption above have not responded to the Court's instructions.

    Accordingly, no further action will be taken on these ten submissions. The Clerk of Court is directed to administratively close these *pro se* submissions (attached hereto).

    SO ORDERED.

Dated: Brooklyn, New York
       December 30, 2009

                                            LOIS BLOOM
                                            United States Magistrate Judge