UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X  NOT FOR PUBLICATION

In re Complaint filed by

WAILULIAH BANKHEAD-JENKINS and
JOHNNY RAY JENKINS

ORDER

09-MC-95 (LB)

------------------------------------------------------------X

BLOOM, United States Magistrate Judge:

On October 26, 2009, Wailuliah Bankhead-Jenkins and Johnny Ray Jenkins submitted a *pro se* complaint against the Los Angeles Dodgers, Ebay, Inc. and Paypal. However, Bankhead-Jenkins failed to include the filing fee or a request to proceed *in forma pauperis*. By letter dated October 27, 2009, the Court's Pro Se Office informed the proposed plaintiffs of the deficiency and instructed them how to complete the submission in order for the civil action to be filed. No response was received from plaintiffs. In an abundance of caution, the Court's Pro Se Office sent another letter dated December 2, 2009 requesting that Bankhead-Jenkins submit a signed *in forma pauperis* application in order to proceed with the case.

The Court has not received any response or correspondence from the proposed plaintiffs herein. Therefore, this submission will not be filed and assigned a civil case number. The Clerk of Court is directed to reflect this Order on the miscellaneous docket and administratively close this *pro se* submission (attached hereto) and to mail a copy of this order to Wailuliah Bankhead-Jenkins and Johnny Ray Jenkins at 446 Netherland Avenue, Staten Island NY 10303.

SO ORDERED.

Dated: February 8, 2010
Brooklyn, New York

LOIS BLOOM
United States Magistrate Judge